FILED

03/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0658

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 21-0658

BISON OIL & GAS III, LLC, a Colorado limited liability company,

Appellants/Petitioners

v.

MONTANA BOARD OF OIL AND GAS CONSERVATION

and

SLAWSON EXPLORATION COMPANY, INC.,

Appellees/Respondents

GRANT OF EXTENSION

Upon consideration of Appellee Montana Board of Oil and Gas Conservation's (Board) motion for a 30-day extension of time, and good cause appearing, Appellee Board is granted an extension of time to and including April 25, 2022, within which to prepare, serve, and file its response.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 22 2022